OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFF P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 19 2015

10/16/2015
BUTLER, MARCUS QUIN    Tr. Ct. No. W12-71810-L (A)        WR-83,941-02

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

MARCUS QUIN BUTLER
MONTFORD UNIT - TDC # 1910898
8602 PEACH ST.
LUBBOCK, TX 79404-7605